```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15727
    ANNETTIA DAVISON
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-3505


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/29/2007 and was confirmed 01/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   75.00%.

     The case was converted to chapter 7 after confirmation 11/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LENDING  CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LENDING  MORTGAGE ARRE        .00            .00            .00
VILLAGE OF MAYWOOD        SECURED          1763.00            .00         371.32
PORTFOLIO RECOVERY ASSOC  UNSECURED        8748.03            .00        3838.00
COMMONWEALTH EDISON       UNSECURED        2911.33            .00        1277.28
CREDIT ACCEPTANCE CORP    FILED LATE           .00            .00            .00
AMERICASH LOANS LLC       UNSECURED         443.91            .00         194.76
PREMIER BANKCARD          UNSECURED         748.76            .00         328.50
HARRIS                    UNSECURED       NOT FILED           .00            .00
HARRIS                    UNSECURED       NOT FILED           .00            .00
HARRIS                    UNSECURED       NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED           .00            .00
STATE COLLECTION SERVICE  UNSECURED       NOT FILED           .00            .00
LITTON LOAN SERVICING     CURRENT MORTG        .00            .00            .00
LITTON LOAN SERVICING     SECURED NOT I        .00            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1447.84            .00         635.20
AMERICASH LOANS LLC       UNSECURED         551.35            .00         241.89
MASTER CARD               UNSECURED       NOT FILED           .00            .00
CONSUMER FINANCE          UNSECURED       NOT FILED           .00            .00
CHILDRENS SURGICAL FOUND  UNSECURED       NOT FILED           .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY     2,873.00                       2,873.00
TOM VAUGHN                TRUSTEE                                          827.66
DEBTOR REFUND             REFUND                                           488.40

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 11,076.01

PRIORITY                                          .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15727 ANNETTIA DAVISON
```

```
SECURED                                                              371.32
UNSECURED                                                          6,515.63
ADMINISTRATIVE                                                     2,873.00
TRUSTEE COMPENSATION                                                 827.66
DEBTOR REFUND                                                        488.40
                                    ----------------    ----------------
TOTALS                                     11,076.01          11,076.01
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/17/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```